IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR334 |
| | ) | |
| V. | ) | |
| | ) | |
| ERIK MARTINEZ and | ) | ORDER |
| CARLOS NAVARRO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

(1) Defendant Navarro's unopposed motion to continue trial (filing 30) is granted.

(2) Trial of this case as to both defendants is continued to March 25, 2013, at 9:00 a.m., before Senior United States District Judge Richard G. Kopf, in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 23rd day of January, 2013.

BY THE COURT:

s/ *Thomas D. Thalken*
United States Magistrate Judge