IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **8:12CR334** |
| vs. | | |
| | | **ORDER** |
| ERIK MARTINEZ, | | |
| Defendant. | | |

Defendant Erik Martinz appeared by summons before the court on Tuesday, February 27, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [115]. Defendant was represented by Assistant Federal Public Defender, Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney, Susan T. Lehr. Defendant was not is custody, and therefore not entitled to a preliminary examination. Defendant was released on current and additional terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED:**

1.      A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 23, 2018, at 11:30 a.m. Defendant must be present in person.

2.      Defendant is released on the current terms and conditions of supervision as well as the additional condition(s) in the Order Setting Conditions of Release [124].

Dated this 27th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge